# United States Court of Appeals
## For the First Circuit

Nos. 17-1264,
    17-1316

DONALD THOMAS SCHOLZ,

Plaintiff/Counterclaim-Defendant, Appellant/Cross-Appellee,

v.

BARRY GOUDREAU,

Defendant/Counterclaim-Plaintiff, Appellee/Cross-Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 21, 2018, is amended as follows:

On page 21, line 16, "Scholz's" should be changed to "Scholz"

On page 29, line 7, "Goudreau's" should be changed to "Goudreau"